UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MEYERS DIVISION

JEAN BRIGHT,

                                                    Case No.: 2:12-cv-00652-UA-DNF

Plaintiff,

v.

MFP, INC., d/b/a FINANCIAL
CREDIT SERVICES,

Defendant.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties satisfaction.

Defendant hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Defendant requests the Court to retain jurisdiction over this matter until fully resolved.

Should Defendant not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Defendant requests the Court dismiss this case with prejudice at that time.

                                                    Respectfully submitted,
                                                    /s/ *Ernest H. Kohlmyer, III*_____
                                                    Ernest H. Kohlmyer, III

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on March 18, 2013, via the Court Clerk's CM/ECF system which will provide notice to the following: Alex

Weisberg, Weisberg & Meyers, LLC, 5722 S. Flamingo Road, #656, Cooper City, FL  33330, aweisberg@attorneysforconsumers.com.

                                             */s/ Ernest H. Kohlmyer, III*_____
                                             Ernest H. Kohlmyer, III
                                             Florida Bar No.: 110108
                                             Urban, Thier, Federer & Chinnery, P.A.
                                             200 S. Orange Avenue
                                             Suite 2000
                                             Orlando, FL  32801
                                             Phone: (407) 245-8352
                                             Fax: (407) 245-8361
                                             Attorneys for Defendant