UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:12-cv-0652-UA-DNF

JEAN BRIGHT on behalf of herself and )
    others similarly situated )
)
    Plaintiff, )
v. )
)
MFP, INC., D/B/A FINANCIAL )
CREDIT SERVICES, )
)
    Defendant. )
_____)

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), to the dismissal with prejudice of all claims filed against the Defendant in the above-captioned matter. The parties shall bear and be responsible for their own attorneys' fees and costs.

    Respectfully submitted,

| | |
|---|---|
| *s/ Ernest Kohlmyer, III* | *s/ Alex Weisberg* |
| Mr. Ernest Kohlmyer, III | Alex Weisberg |
| Florida Bar Number: 0110108 | Fla. Bar No. 566551 |
| Urban, Thier, Federer & Chinnery, P.A. | Weisberg & Meyers, LLC |
| 200 S. Orange Avenue, Ste. 2000 | 5722 S. Flamingo Rd, Ste. 656 |
| Orlando FL 32801 | Cooper City, FL 33330 |
| (407) 245-8352 | (888) 595-9111 ext 211 |
| (407) 245-8361 (fax) | (866) 773-6152 |
| kohlmyer@urbanthier.com | aweisberg@attorneysforconsumers.com |
| Attorneys for Defendant, MFP, Inc. | Attorneys for Plaintiff, Jean Bright |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of April, 2013 I electronically filed the foregoing Joint Stipulation of Dismissal With Prejudice with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Mr. Ernest Kohlmyer, III, Urban, Thier, Federer & Chinnery, P.A., 200 S. Orange Avenue, Ste. 2000, Orlando FL 32801.**

/s *Alex Weisberg*
Alex Weisberg

009900, 000080, 501675110.1