UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**JEAN BRIGHT,**

       **Plaintiff,**

v.                                                       Case No:  2:12-cv-652-Ftm-99DNF

**MFP, INC.,**

       **Defendant.**
_____/

## ORDER

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Doc. 22).  In accord with the Joint Stipulation of Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation of Dismissal with Prejudice is **APPROVED** (Doc. 22).

    2)    This cause is dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Fort Myers, Florida on April 19, 2013.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record